



GOVERNMENT
EXHIBIT
2
CARDES 800-783-0399

# CERTIFICATION OF VITAL RECORD

# STATE OF COLORADO

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT

HOLD TO LIGHT TO VIEW WATERMARK

STATE OF COLORADO

### CERTIFICATE OF DEATH

STATE FILE NUMBER

AMENDED

**1. DECEDENT'S NAME (First, Middle, Last):** Pablo ZUNIGA-GARCIA

**2. SEX:** Male

**3. DATE OF DEATH (Month, Day, Year):** December 29, 2008

**4. SOCIAL SECURITY NUMBER:** None

**5a. AGE - Last Birthday (Years):** 33

**5b. UNDER 1 YEAR:** Mos. / Days

**5c. UNDER 1 DAY:** Hrs. / Min.

**6. DATE OF BIRTH (Month, Day, Year):** Dec 2, 1975

**7. BIRTHPLACE (City and State or Foreign Country):** Mexico City, D.F., Mexico

**8. WAS DECEDENT EVER IN U.S. ARMED FORCES?** Yes ☐ No ☐

**9a. PLACE OF DEATH (Check only one)**
HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
OTHER: ☐ Nursing Home ☐ Residence ☒ Other (Specify) Federal Prison

**9b. FACILITY NAME (If not institution, give street and number):** Federal Correctional Institution

**9c. CITY, TOWN, OR LOCATION OF DEATH:** Florence

**9d. COUNTY OF DEATH:** Fremont

**10a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired):** Laborer

**10b. KIND OF BUSINESS/INDUSTRY:** Construction

**11. MARITAL STATUS** Married, Never Married, Widowed, Divorced (Specify): Never Married

**12. SPOUSE (If wife, give maiden name):**

**13a. RESIDENCE - STATE:** Colorado

**13b. COUNTY:** Fremont

**13c. CITY, TOWN OR LOCATION:** Florence

**13d. STREET AND NUMBER:** 5880 Hwy. 67 South

**13e. INSIDE CITY LIMITS?** Yes ☒ No ☐

**13f. ZIP CODE:** 81226

**14. WAS DECEDENT OF HISPANIC ORIGIN? (Specify No or Yes - if yes, specify Cuban, Mexican, Puerto Rican, etc.)** Specify Mexican

**15. RACE (American Indian, Black, White, etc.):** White

**16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary or secondary 0 through 12; College (13 through 16 or 17+):**

**17. FATHER'S NAME (First, Middle, Last):** Juan Zuniga-Alvarez

**18. MOTHER'S NAME (First, Middle, Last/Maiden):** Guadalupe Garcia-Medina

**19. INFORMANT'S NAME and relationship to deceased:** Nikki Gramm - Case Worker

**20a. METHOD OF DISPOSITION:** ☐ Burial ☒ Cremation ☐ Removal From State ☐ Donation ☐ Other (Specify)

**20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place):** Resurrection Cemetery

**20c. LOCATION—City, Town, State:** Montebello, CA

**21a. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH:** Elizabeth Glove

**21b. NAME AND ADDRESS OF FACILITY:** Holt Family Funeral Homes 806 Macon Ave. Canon City, CO zip 81212

**22a. REGISTRAR'S SIGNATURE:** Andrea Gove

**22b. DATE FILED (Month, Day, Year):** JAN 06 2009

**23. TIME OF DEATH:** Est. 0620 M

**24. DATE PRONOUNCED DEAD (Month, Day, Year):** December 29, 2008 Hour 11:33

**25. WAS CORONER NOTIFIED?** Yes

### TO BE COMPLETED ONLY BY CERTIFYING PHYSICIAN

**26.** To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) and manner as stated.

Signature

**27.** On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place, and due to the cause(s) and manner as stated.

Signature

**28. DATE SIGNED (Month, Day, Year):**

**29. DATE SIGNED (Month, Day, Year):** January 05, 2009

**30. NAME, TITLE AND MAILING ADDRESS OF CERTIFIER/CORONER (Type/Print):** Dorothy Twellman, M.D., 615 Macon, LS-7, Canon City, CO ZIP: 81212

**31. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type/Print):**

**32. MANNER OF DEATH:** ☐ Natural ☐ Accident ☐ Suicide ☒ Homicide ☐ Pending Investigation ☐ Undetermined Manner

**33a. DATE OF INJURY (Month, Day, Year):**

**33b. TIME OF INJURY:** 06:11 M

**33c. INJURY AT WORK?** ☐ Yes ☒ No

**33d. DESCRIBE HOW INJURY OCCURRED:** Beaten by multiple assailants.

**33e. PLACE OF INJURY—At home, farm, street, factory, office building, etc. (Specify):** prison cell

**33f. LOCATION (Street and Number or Rural Route Number, City, County, State):** 5880 Hwy. 67, Florence, CO Fremont County

### CAUSE OF DEATH

**PART I** IMMEDIATE CAUSE (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), (c). Do not enter mode of dying e.g. Cardiac or Respiratory Arrest):

CONDITIONS IF ANY WHICH GAVE RISE TO IMMEDIATE CAUSE, STATING THE UNDERLYING CAUSE LAST (c)

(a) Major Head Trauma — Interval between onset and death: minutes

DUE TO OR AS A CONSEQUENCE OF

(b) Assault — Interval between onset and death: minutes

DUE TO OR AS A CONSEQUENCE OF

**PART II** OTHER SIGNIFICANT CONDITIONS-Conditions contributing to death but not related to cause in PART I (e.g. alcohol abuse, obesity, smoke): Multiple bone fractures, Severe Facial Trauma, Trunk & Ext Trauma

**35. AUTOPSY (Yes or No):** Yes

**36. If YES were findings considered in determining cause of death?:** Yes

DATE ISSUED   JAN 06 2009

Ronald S. Hyman
RONALD S. HYMAN
STATE REGISTRAR

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

S L 3 8 7 6 1 5 4   - REV 01/07

DISCOVERY 7

ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

GOVERNMENT EXHIBIT
4

CARDELS 690-793 0299

GOVERNMENT
EXHIBIT
5
CARDELS 800 785 8999



08-29-2008

34104-013   PLUMA

Last Name
PLUMA
First Name
JOSE
Middle Name
AUGUSTIN
Suffix

Ht. 5'7"   Wt. 210

Hr. BLK   Ey. BRO

REG# 34104-013   FLF