```
IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
          JUDGE JOHN L. KANE
```
_____

Courtroom Deputy: LaDonne Bush     Date: September 1, 2011
Court Reporter: Kara Spitler

_____

Criminal Action No. 09-cr-00301-JLK-1     <u>Counsel:</u>

UNITED STATES OF AMERICA,     Richard Hosley
                                 Hayley Reynolds

     Plaintiff,

v.

1. DANIEL ANDRES MORONES,     Robert Berger

     Defendant.

_____

## COURTROOM MINUTES
_____

Hearing on Motions

3:27 p.m.     Court in session.

Defendant is present and in custody.

Statement by Mr. Berger.

Discussion between the Court and Defendant.

Court's ruling.

**ORDERED**: Motion to Recuse Judge Kane (Doc. 988) is denied.

**ORDERED**: Motion to Waive Counsel and Proceed Trial Pro Se (Doc. 987) is denied.

Case will proceed to trial on Tuesday, September 6, 2011.

Defendant's oral motion to proceed to trial pro se.

**ORDERED**: Defendant's oral motion to proceed to trial pro se is denied.

Statement by Mr. Hosley to supplement the record.

Discussion between the Court and counsel regarding restraint of Defendant at trial.

Defendant remanded to the custody of the United States Marshal.

4:18 p.m.     Court in recess.

Hearing concluded.
Time: 00:51