IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 09-cr-301-JLK**; **No. 09-cr-261-JLK**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**1.**      **DANIEL ANDRES MORONES,**

      Defendant.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

On April 4, 2011, a finalized Presentence Investigation Report was submitted in No. 09-cr-261.  The Presentence Investigation Report in No. 09-cr-301 is scheduled to be completed on October 19, 2011, and pursuant to Federal Rule of Criminal Procedure 32(e)(2) the report must be provided to all parties at least 35 days before sentencing unless the defendant waives this minimum period.

Based on the anticipated overlap between the Presentence Investigation Reports in No. 09-cr-261 and No. 09-cr-301, the parties sought to expedite sentencing in No. 09-cr-301 to coincide with the sentencing in No. 09-cr-261.  Defendant's counsel represented that Mr. Morones had waived the minimum period required by Federal Rule of Criminal Procedure 32(e)(2) and I set the sentencing hearing in these matters for 2:15 p.m. on October 21, 2011.

The Defendant has submitted a letter to the court which calls into question the extent to which he has actually waived the thirty-five-day review period.  At the least, he appears confused as to whether a Presentence Investigation Report is even being prepared in No. 09-cr-

301.  In order to ensure the propriety of this sentencing date, Defendant's counsel shall ascertain whether Defendant has actually waived the required notice period.  Defendant's counsel shall share the results of his inquiry with the court and the government as soon as possible.

Dated: October 12, 2011